| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 1:17CR02561-002MV |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | NEW MEXICO | ALBUQUEQRUE |
| HECTOR LAU | NAME OF SENTENCING JUDGE | |
| | MARTHA VÁZQUEZ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/23/2018 | TO 10/22/2021 |

OFFENSE
Count 1: 18 U.S.C. § 371 - Conspiracy to Violate 18 U.S.C. § 1344 - Bank Fraud
Counts 3, 4, 7, 8, and 9: 18 U.S.C. § 1344 Bank Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEW MEXICO _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_July 16, 2019_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____       _____
Effective Date                United States District Judge