FILED BY YR D.C.
Sep 10, 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

Case 1:19-tp-20056-KMW Document 1 Entered on FLSD Docket 09/10/2019 Page 1 of 29
Case 1:17-cr-02561-MV Document 164 Filed 09/27/19 Page 1 of 1
Case 1:17-cr-02561-MV Document 163 Filed 07/16/19 Page 1 of 1

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran Court) |
|---|
| 1:17CR02561-002MV |

| DOCKET NUMBER (Rec. Court) |
|---|
| 19-20056-TP WILLIAMS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| HECTOR LAU | NEW MEXICO | ALBUQUEQRUE |

| NAME OF SENTENCING JUDGE |
|---|
| MARTHA VÁZQUEZ |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/23/2018 | TO 10/22/2021 |

**OFFENSE**
Count 1: 18 U.S.C. § 371 - Conspiracy to Violate 18 U.S.C. § 1344 - Bank Fraud
Counts 3, 4, 7, 8, and 9: 18 U.S.C. § 1344 Bank Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___NEW MEXICO___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: July 16, 2019

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 7/31/19

_____
Kathleen M. Williams
United States District Judge

SCANNED